**No. P66/61.**—Louis Marx & Co., Inc. v. United States, protests 59/32267 and 60/3365 (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of air horns similar

in all material respects to those the subject of *Sherwin International Inc.* v. *United States* (54 Cust. Ct. 466, Abstract 69382), the claim of the plaintiff was sustained.